,1983 Form

CV-17-P-0152-W

# In the United States District Court
# For the Northern District of Alabama

Raheem Mataro Fikes #192170
Bibb.County.Corr.Facility



(Enter above the full name(s) of the plaintiff(s) in this action)

v

Lt. Roseman
Captain Hutton
Bibb County.Corr.Facility

(Enter above full name(s) of the defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes ( )    No (✓)

   B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.   Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.   Docket Number _____

      4.   Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____∅_____

2. What was the result? _____∅_____

D. If your answer is NO, explain why not? _There Is No Procedures_

_____

_____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _Raheem Makabi Fikes #192170_
_Bibb County Corp. Facility_
_565 - Bibb Lane_
Address _Brent, Alabama 35034_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Lt. Roseman__
   is employed as __Correctional Officer__
   at __Bibb County 565-Bibb Lane__

C. Additional Defendants __Captain John Hutton__
   __565-Bibb Lane__
   __Brant, Alabama 35034__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On, or about January 5th, 2017 at or around the time of 12:00 to 1:00 p.m., Captain Hutton came into E-3 pulling down sheets on Inmate's beds. Captain Hutton approached Inmate Raheem Motaro Fikes #192170 Bed (49-B) pulled his Jewish shawl with the star of David imprinted into it out of another Inmate's hand, who was simply seeking to remove Mr. Fikes #192170 Jewish prayer shawl, so that the officer would not touch it. The Inmate's was trying to help Mr. Fikes #192170. Because Mr. Fikes #192170 was not in the dorm.

1

Complaint form: 1-5-2017

plaintiff:
Raheem Mataró Fikes #192170
Bibb County. Corr. Facility

defendant:
Lt. Roseman;
Captain Hutton
Bibb County. Corr. Facility

Comes now, Raheem Mataró Fikes #192170, Pro'Se

Raheem Mataró Fikes #192170 is under federal jurisdiction for (mental health reason's.) Inmate Fikes #192170, has been apart of the federal system since the age of five year's old.

On, or about January 5th, 2017 at or around the time of 12:00 to 1:00 p.m., Captain Hutton came into E-3 pulling down sheets on inmate's beds. Captain Hutton approached Inmate Raheem Mataró Fikes #192170 Bed, (49-B), pulled his Jewish shawl with the Star of David imprinted into it out of another inmate's hand, who was simply

Due to punitive Damages, Mental stress, And unnecessary force used against me I am asking for the Amount of $200,000.00 Dollars, And a release from prison to a Mental Health program

2. seeking to remove a Mr. Fikes #192170 Jewish prayer shawl, so that the officer would not touch it. The inmate's was trying to help Mr. Fikes #192170 because Mr. Fikes was not in the dorm to get his Jewish shawl at the time Captain Hutton came in the dorm. Captain Hutton, threw'en prayer shawl into a 'chape' with all kind of dirty clothes. A prayer shawl in know way, should be in a defiled area. Other inmate's ran-found inmate Fikes #192170 to inform him about Captain Hutton actions against him, in reference to Mr. Fikes Israelite prayer shawl. After Raheem Mataro Fikes #192170 was informed to this illegate action, inmate Fikes came out of 'E-dorm to find Captain Hutton, when inmate Fikes #192170 came into the shift office about his (prayer shawl), Lt. Roseman started useing obusive language against inmate Fikes #192170, with statements such as, "I will

3. Kill you'R ass, Get the Fuck out If my office Boy", quote. Inmate Fikes #192170, was Respectful the whole time Lt. Roseman was violating the code Red that govern them 208 statement, officer's oR not allowed to use abusive language in a professional environment. Lt. Roseman was also pointing his finger in Inmate Fikes #192170 face telling him every thing evil that he can possibly think of. MR. Fikes, went up through the chain of command, and came around by the store, and kitchen area heading to the ICS office Requesting to see the warden. MR. Fikes, came to the ICS office, he was decieved by Sgt. Fulgham to put hand cuff on, once the handcuff was on Inmate Fikes #192170, Sgt. Fulgham called the emergency code as if MR. Fikes #192170 was out of control. At the time that the emergency code was called, Sgt. White was the first over seeing officer to arrive on the scene at that time.

4

Sgt. White had already stated to Inmate Fikes #192170, "when (I) "Sgt. White", came around the corner and saw that it was you Inmate Fikes #192170, (I) stop Running". quote "Because (I) Sgt. White seen that you were not in any way out of control." quote/2 When Captain Hutton, Lt. Roseman, and Lt. Wilson arrived, that's when Sgt. Fulgham went to stating all kind of evil thing's against him, seeking to get Captain Hutton, Lt. Roseman to jump on Inmate Raheem Mataro Fikes #192170. Mr. Fikes #192170, kept stating to the two aggressive officer's, Lt. Roseman, and Captain Hutton, this is a first, and eight amendment Right violation in Reference to his Jewish prayer shawl, and the un-necessary physical use of force. At this point, Mr. Fikes #192170 was told to face the wall in handcuff and to spread his legs. This situation took place in front of the store, kitchen, and ICS office, all of this was caught on video in

5 these area's. It's also a video on this matter In the Shift Office. So In my complaint, I'm Requesting that the Video be sent to the Government from Bibb County. Corr. Facility for day January 5, 2014. It has the whole case on the video. Even from the moment Captain Hutton walked In the dorm and get the Jewish prayer shawl. Inmate, Raheem Mataro Fikes #192170 Is Requesting the Video from January 5th, 2014 concerning this new case situation at Bibb County. Corr. Facility. The video will show the situation down from the Store, chaplain, ICS office, and a video is In the hospital showing Lt. Roseman still seeking to come In while Inmate Fikes #192170 was In handcuff Getting a body chart.
Lt. Roseman after Inmate Fikes #192170 was In handcuff Ran Mr. Fikes #192170 head Into the side of kitchen wall, and punched Inmate Fikes In the face.
Lt. Wilson, and Sgt. White, told Lt. Roseman to stop hitting him, he ain't doing anything.

6. Lt. John Roseman followed Inmate Fikes #192140, and Lt. Wilson to the hospital along with Sgt. White. Lt. Roseman came into the hospital while Fikes #192140 was still in handcuff still calling him out of his name trying to fight him. Lt. Wilson, and Sgt. White, kept telling Lt. John Roseman, please leave him alone. They didn't seek to lock up in this matter with Mr. Fikes #192140, because he didn't do anything to go to lock up. Mr. Fikes, just wanted his Jewish prayer shawl back, and he wanted Lt. Roseman to stop hitting him. They also took Mr. Fikes #192140 Jewish turban with Hebrew, and the star of David on it, and they never gave his Jewish turban back. He is still seeking his turban from Captain Hutton, and Lt. Roseman. Every since Mr. Fikes #192140 arrived at Bibb County. Corr. Facility they have secretly conspired against him in reference to his African Jewish belief. His Jewish beard profile was taken by assist Warden Tony for know

7. Reason soon as He Got here. Inmate Raheem Mataro Fikes #192170, Grew up learning about his Jewish ancestor's in Spain, and South Africa, he descendend from them out of Spain in the City of Mataró, which is his middle name. Today, Mr Fikes #192170 is fully established in his Hebrew Israelite faith, and culture. Bibb County seem to be having problems with Mr. Fikes #192170 Jewish faith. Inmate Fikes #192170, have been positive since he've been here, he tried going into the Crime Bill program, and Received a displainary for being in that dorm, which is (A) dorm. After that Inmate Fikes #192170 went into (F) dorm seeking to get into a Bible based program, and received a displainary for being in that dorm.

Sgt. White is the officer that's been seeking to help locate Inmate Fikes #192170 Turban with Hebrew, and Star of David on the back with ▓▓▓ number 7 inside the Star of David.

V.   RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due To Punitive Damages, mental stress, And unnecessary Force used Against me as a Mental Health Inmate, I am asking For The Amount of $200,000.00 Dollars And a Release From prison To a mental Health Center program.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-9-17
                   (date)

*[signature]* #192176

Signature(s)

- 4 -

V.  RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-15-2017__
                    (date)

*Raheem M Fikes* 192170

Terry Wilson
Exp. 8-9-2017

Signature(s)

- 4 -



Ransom Makoré Fikes # 192170
Bibb County. Corr. Facility E-3-49
501-Bibb Lane
Brent, Alabama 35034

(Legal mail)

United States District Court
Northern District
1729-5th Ave North
Birmingham, AL 35203